UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-62040-CIV-MORENO

STANIE PREVIL CORVIL, on her own behalf and
others similarly situated,,

    Plaintiff,

vs.

ALTERNATIVE HOME HEALTH CARE OF
BROAWARD COUNTY, INC., a Florida Corp.,
ALTERNATIVE HOME HEALTH CARE OF
PALM BEACH COUNTY, INC., a Florida Corp.,
ALTERNATIVE HOME HEALTH CARE OF
MIAMI-DADE COUNTY, INC., a Florida Corp.,
ALTERNATIVE HOME HEALTH CARE OF LEE
COUNTY, INC., a Florida Corp., GEORGE CANN,
individually, and CARLA ALBANO, individually,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER
## DENYING ALL PENDING MOTIONS AS MOOT

    THIS CAUSE came before the Court upon the parties' Joint Stipulation of Dismissal **(D.E. 21)**, filed **March 1, 2010**.

    THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

    **ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(ii). Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

    DONE AND ORDERED in Chambers at Miami, Florida, this 2_ day of March, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record